AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Marilynn Perri-Clair )
    *Plaintiff* )
v. ) Civil Action No.     2:09-1584-MBS
The Ace Partnership of Charleston SC )
*d/b/a McDonald's Hamburgers* )
    *Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff take nothing of the defendant and this action is dismissed without prejudice for failure to timely serve the defendant as required by the FRCP.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge presiding. The court having adopted the Report and Recommendation of Magistrate Judge Bristow Marchant to dismiss.

Date:   February 24, 2011                         *CLERK OF COURT*

                                          s/Angie Snipes

                                  *Signature of Clerk or Deputy Clerk*